IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WOODROW J. HICKS, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:21-cv-01067 |
| ) | |
| v. ) | District Judge David S. Cercone |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| STACEY GARRITY, Pennsylvania ) | |
| State Treasurer, and JOHN DOE, ) | ECF Nos. 47, 60 & 64 |
| President First Commonwealth Bank, ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

The Complaint in the above captioned case was filed by the Clerk of Court on September 10, 2021 and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 64), filed on August 25, 2022 recommended that the Motion to Dismiss (ECF No. 47) filed by Defendant Stacey Garrity be granted. Service of the Report and Recommendation was made on all counsel of record and on Plaintiff by First Class U.S. Mail. In the Report and Recommendation, the parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. Plaintiff, an unregistered ECF User, was informed that he had seventeen (17) days to file any objections. No objections have been filed to the Report and Recommendation.

After review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this 22nd day of September, 2022,

**IT IS HEREBY ORDERED** that the Motion to Dismiss (ECF No. 47) filed by Defendant Stacey Garrity, is **GRANTED** and the Complaint against her is **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's Cross Motion for Summary Judgment (ECF No. 60) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 64) of Magistrate Judge Lenihan dated August 25, 2022, is adopted as the opinion of the Court.

BY THE COURT:

s/ David Stewart Cercone
DAVID STEWART CERCONE
United States District Judge

cc: Woodrow J. Hicks, Pro Se
QC 4529
SCI Houtzdale
P.O. Box 1000
209 Institution Drive
Houtzdale, PA  16698-1000
*Via First Class U.S. Mail*

All Counsel of Record
*Via CM/ECF Electronic Mail*